# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON BAKER-BEY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELTA SIGMA THETA SORORITY, | : | |
| INC., et al., | : | |
| Defendants. | : | NO. 12-1364 |

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

AND NOW, this 22nd day of April 2013, upon consideration of Defendants' Motion for Summary Judgment (ECF 16, 20), Plaintiff's Response (ECF 17, 24), Defendants' Reply (ECF 21), and Plaintiff's Sur-Reponse (ECF 22), and for the reasons stated in a Memorandum of Law to follow on this day, it is hereby ORDERED as follows:

1. Defendant's Motion for Summary Judgment (ECF 16) is GRANTED.

2. Plainitff's Motion that Summary Judgment Be Denied (ECF 17) is DENIED.

3. Plaintiff's Complaint is DISMISSED.

4. Judgment is ENTERED in favor of Defendant and against Plaintiff.

5. The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 12\12-1364 Baker-Bey v. Delta Sigma Theta\12cv1364.Order re Mot. SJ.docx